**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JUNOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DREAM HOUSE MORTGAGE CO, et al., <br><br> Defendants. | Case No. 2:11-cv-7035-ODW (VBKx) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS [37]** |

Defendants' Motion to Dismiss is pending before this Court. (Dkt. No. 37.) The Court has reviewed Plaintiffs' Second Amended Complaint and has found it substantively identical to Plaintiffs' First Amended Complaint ("FAC"), minus the RESPA claim under 12 U.S.C. § 2605. Plaintiffs added several paragraphs containing generic allegations about the mortgage industry, procedural defects related to the mortgage, and improper transfer of the Plaintiffs' note and deed; namely paragraphs 19–23, 27–36, 44, 55–56, 69, and 102. But, these additions fail to remedy the shortcomings in Plaintiffs' pleading, because these new "facts" add nothing to Plaintiffs' FAC, which was dismissed in its entirety. (Dkt. No. 33.)

Further, the Court finds that any further amendment will be futile, sought in bad faith, and prejudicial to the Defendants. *See Foman v. Davis*, 371 U.S. 178, 182 (1962). Plaintiffs' counsel has had three bites at the apple, and could not plead a

1  legally sufficient cause of action—instead, repeats the same boilerplate that plagues
2  the Court and empties clients' pockets.  Counsel is reminded to obey the Court's
3  warning concerning future pleadings.  (*See* Dkt. No. 44.)

4  For the reasons discussed above and in the Court's January 5, 2012 Order
5  granting Defendants' Motion to Dismiss, Defendants' instant Motion is **GRANTED**.
6  The case is **DISMISSED WITH PREJUDICE**.  The Clerk of Court shall close this
7  case.

9  **IT IS SO ORDERED.**

11  March 20, 2012

13  _____
14  HON. OTIS D. WRIGHT, II
   UNITED STATES DISTRICT JUDGE