UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 24 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAUL JUNOD, an individual and PATRICIA JUNROD, an individual, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., <br><br> Defendant, <br><br> and <br><br> U.S. BANK, N.A., as Trustee for CSMC Mortgage-Backed Trust 2006-6 and U. S. BANK HOME MORTGAGE, DBA America's Servicing Company, <br><br> Defendants - Appellees. | No. 12-55712 <br><br> D.C. No. 2:11-cv-07035-ODW-VBK U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |

RECEIVED
CLERK, U.S. DISTRICT COURT

APR 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. The filing of a motion to proceed in forma pauperis will automatically stay the briefing schedule under Ninth Circuit

Rule 27-11. Any motion to proceed in forma pauperis must include a financial declaration such as the attached Form 4.

If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Dru E. Van Dam
Deputy Clerk